UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**IBEW No. 292 Health Care Plan, Electrical Workers Local No. 292 Pension Fund, Electrical Workers Local No. 292 Annuity & 401 (k) Fund, Electrical Workers Local No. 292 Vacation & Holiday Fund, Minneapolis Electrical Industry Board/JATC/LMCC,**

Plaintiffs,

vs.

**Security Services Corporation,**

Defendant.

Civil No. 00-CV-386 PAM/JGL

**NOTICE OF DISMISSAL WITH PREJUDICE <u>AND ORDER</u>**

**PLEASE TAKE NOTICE** that pursuant to Fed.R. Civ.P. 41(a)(1), Plaintiff herein dismisses the above-entitled matter with prejudice.

Date: June 30 2000

McGRANN SHEA FRANZEN CARNIVAL STRAUGHN & LAMB, CHARTERED

By Jacqueline Beaulieu
Jacqueline M. Beaulieu
Att'y Reg. No. 293088
2600 U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

ATTORNEYS FOR PLAINTIFFS

FILED JUL 06 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

**IT IS SO ORDERED.**

Date: July 6, 2000

Paul A. Magnuson
Judge of District Court